UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LISA S. TOBE et al                                                                      PLAINTIFF

V.                                                CIVIL ACTION NO 3:15CV-756-DJH

SELECT PROFILING SERVICING, INC. et al                        DEFENDANT

### REPORT FROM TELEPHONIC STATUS CONFERENCE

      A telephonic status conference was conducted in this matter on July 14, 2016 with James Robert Craig participating on behalf of the plaintiffs and Brendan J. Shevlin participating on behalf of the defendants.

      Based on a discussion with counsel, the parties have reached an agreement as to all claims. Counsel shall complete the formal documents within forty-five (45) days of the date of this conference.

      Therefore, the Magistrate Judge recommends that this action be dismissed as settled, with prejudice, with leave to reinstate within sixty (60) days after entry of the order of dismissal should the parties fail to fulfill the terms of the settlement agreement within that time period.

Copies to counsel

|05